AO 450 (SCD 04/2010) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Margaux Moughler,<br>*Plaintiff*<br>v.<br>United States Department of Housing and Urban Development (H.U.D.); E.C.H.O. (Continuum of Care Program); and Nick Jackson (Landlord),<br>*Defendant* | )<br>)<br>) Civil Action No.  4:25-cv-01633-JD<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✔ other: This case is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who adopts the Report and Recommendation of United States Magistrate Judge Kaymani D. West.

Date:   June 16, 2025

Robin L. Blume
*CLERK OF COURT*

s/L. Gibbons
_____
*Signature of Clerk or Deputy Clerk*